1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2 | Name: DE LA CRUZ  RENE
   |   (Last)         (First)         (Middle Initial)

4 | Prisoner Number: 17032606 / DMK466

5 | Institutional Address: 885 N SAN PEDRO ST
6 | SAN JOSE CA 95054

**FILED**
OCT 5 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10 | RENE DE LA CRUZ JR
   | (Enter your full name.)

CV 17 5748 EDL

(PR)

vs.

Case No. _____
(Provided by the clerk upon filing)

SANTA CLARA VALLEY HEALTH
AND HOSPITAL SYSTEM ADULT
CUSTODY HEALTH SERVICES
(Enter the full name(s) of the defendant(s) in this action.)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

### I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  SANTA CLARA COUNTY MAIN JAIL NORTH

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: THIS IS A MEDICAL NEGLIGENCE ISSUE, AND HAS NOW BECOME A DOCTORS/NURSES NEGLIGENCE SITUATION. I'VE REQUESTED HELP

2. First formal level: I'VE PUT IN MULTIPLE WHITE CARDS SINCE THE DATE OF MY ARREST. EXPLAINING MY MAJOR CONCERNS ABOUT MY INJURY.

3. Second formal level: SERGENT EPPERSON / DOMINGUEZ #10407 WAS AWARE OF MY INJURYS AND STILL NOTHING HAS HAPPENED IN ACCOMIDATING MEDICAL NEEDS.

4. Third formal level: GRIEVANCE NO. G0004359 WAS SUBMITED AS WELL AS ANOTHER GRIEVANCE I SHOWED TO CAMERA ON SEPT 24 BEFORE SUBMITING IN BOX. STILL NO RESPONCE.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☑    NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

RENE DE LA CRUZ JR #17032610 - DMK466
885 N. SAN PEDRO ST. SAN JOSE CA
95110

B. For each defendant, provide full name, official position and place of employment.

SANTA CLARA VALLEY HEALTH AND HOSPITAL
SYSTEM ADULT CUSTODY HEALTH SERVICES
885 N. SAN PEDRO ST SAN JOSE CA
95110

PRISONER COMPLAINT (rev. 8/2015)
*Page 2 of 3*

### III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

SINCE MY ARREST HERE AT SANTA CLARA MAIN JAIL, I'VE BEEN DENIED MEDICAL ATTENTION BY JAIL STAFF AND SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM ADULT CUSTODY HEALTH SERVICES. BY NOT ACCOMIDATING MY MEDICAL NEEDS DUE TO DOCTORS/NURCES NEGLIGENCE.

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I WOULD LIKE TO BE COMPINSATED FOR MY MEDICAL INJURYS FOR PAIN AND SUFFERING

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 9-25-17

Date

Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3