UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE LA CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM ADULT CUSTODY HEALTH SERVICES,<br><br>    Defendant. | Case No. 17-cv-05758-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend after discussing the deficiencies with the complaint. The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the court. The case is **DISMISSED** for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: April 10, 2018

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE LA CRUZ,<br><br>  Plaintiff,<br><br>v.<br><br>SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM ADULT CUSTODY HEALTH SERVICES,<br><br>  Defendant. | Case No. 17-cv-05758-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rene De La Cruz ID: 17032616/DMK 466
County Jail
885 N. San Pedro Street
San Jose, CA 95054

Dated: April 10, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____*Kelly Collins*_____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON